**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1102**

———————

MICHAEL T. LESTER,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. Glen M. Williams, Senior District Judge. (CA-98-119-1)

———————

Submitted: June 20, 2000          Decided: September 14, 2000

———————

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph E. Wolfe, Erick A. Bowman, WOLFE & FARMER, Norton, Virginia, for Appellant. John Sacchetti, Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, S. Douglas Murray, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr., United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael T. Lester appeals the district court's order upholding the denial of Lester's application for supplemental security income. We have reviewed the record, briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Lester v. Apfel, No. CA-98-119-1 (W.D. Va. Dec. 9, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED